IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAFEES JORDAN, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| BARRY SMITH, et al., | : No. 22-cv-00712-JLS |
| Respondents. | : |

**O R D E R**

**AND NOW** this 9th day of April, 2024, upon consideration of the Petitioner Nafees Jordan's Motion for Leave to Amend his Petition (the "Motion for Leave") (Doc. No. 19) and for the reasons explained in my Opinion, filed with this Order, it is **ORDERED** that:

1. On or before May 7, 2024, Mr. Jordan will file a supplemental memorandum clearly identifying, for each individual claim, which of his proposed amendments were raised in his original petition, and which amendments are newly made.

2. Mr. Jordan must clearly explain how each new claim he identifies relates back to the Original Petition under *Mayle v. Felix*, 545 U.S. 644 (2005).

3. Failure to comply carefully with the terms of this Order may result in the waiver and forfeiture of the Petitioner's claims.

4.  The Commonwealth may file a reply on or before June 4, 2024.

          **BY THE COURT:**

          *s/ Richard A. Lloret*
          **RICHARD A. LLORET**
          **U.S. MAGISTRATE JUDGE**